**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**MALIBU MEDIA, LLC,**

          **Plaintiff,**

          **v.**

**PAUL TRUONG,**

          **Defendant.**

**CASE NO.: 1:14-cv-00717-LO-JFA**

**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT PAUL TRUONG**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant Paul Truong With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until November 9, 2014 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this ___ day of _____, 2014.

By: _____
               **UNITED STATES DISTRICT JUDGE**

1