IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                 Civil Action No. 1:14-cv-00717-LO-JFA

PAUL TRUONG,

    Defendant.
                                                             /

**MOTION FOR ENTRY OF CLERK'S DEFAULT
PURSUANT TO FED.R.CIV.P 55(a)**

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default against Defendant, Paul Truong, for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

    Dated:  December 13, 2014

                                          Respectfully submitted,

                                          By:   /s/ *William E. Tabot*
                                          William E. Tabot, Esquire #39488
                                          William E. Tabot PC
                                          9248 Mosby Street
                                          Manassas, VA  20110-5038
                                          703-530-7075
                                          wetabotesq@wetlawfirm.com
                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2014, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By:    /s/ *William E. Tabot*
William E. Tabot

**Service List**

Paul Truong
108 Baggett Place
Alexandria, VA  22314-2711