# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Virginia

Case Number: 1:14-CV-00717-LO-JFA

Plaintiff:
**MALIBU MEDIA, LLC**

vs.

Defendant:
**PAUL TRUONG**


PRS2014022338

For:
Jon Hoppe
MALIBU MEDIA
1401 Mercantile Ln
Ste 105
Largo, MD 20774

Received by PRIORITY PROCESS to be served on **PAUL TRUONG, 108 BAGGETT PL., ALEXANDRIA, VA 22314-2711**.

I, Scott Tilles, being duly sworn, depose and say that on the **8th day of October, 2014 at 12:09 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JAMES LEE** as **CO-RESIDENT** at the address of: **108 BAGGETT PL., ALEXANDRIA, VA 22314-2711**, the within named person's usual place of **Abode**, who resides here with the defendant, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 27, Sex: M, Race/Skin Color: ASIAN, Height: 5'8, Weight: 170, Hair: BLACK, Glasses: Y

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action. I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

**LAUREN GOLD**
Notary Public - State of Maryland
County of Montgomery
My Commission Expires 9/6/2017

Subscribed and sworn to before me on 10/15/14 by the affiant who is personally known to me.

Notary Public

Scott Tilles
Process Server

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: PRS-2014022338

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n