**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                                                    Civil Action No. 1:14-cv-00717-LO-JFA

PAUL TRUONG,

      Defendant.

                                    /

## **DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, William E. Tabot, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiff in this action.

2. A Complaint was filed herein on June 11, 2014.

3. An Amended Complaint was filed on September 17, 2014.

4. Service of summons and Amended Complaint were obtained as follows:

| **Defendant** | **Date of Service, Type of Service** |
|---|---|
| Paul Truong | October 8, 2014, Substitute |

5. More than twenty-one (21) days have elapsed since the Defendant in this action was served, and the Defendant, Paul Truong, has failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

6. Defendant, Paul Truong, on information and belief, is not on active duty in the U.S. Military.

EXHIBIT A

## DECLARATION

**PURSUANT TO 28 § U.S.C. § 1746,** I hereby declare and affirm under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of December, 2014

/s/ *William E. Tabot*
Attorney for Plaintiff

EXHIBIT A